Entered on Docket August 20, 2015

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>PENNY D. GOUDELOCK,<br><br>                Debtor. | Bankruptcy No. 11-12725-TWD |
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS,<br><br>                Plaintiff,<br><br>   v.<br><br>PENNY D. GOUDELOCK,<br><br>                Defendant. | Adversary No. 15-01093-TWD<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER came before the Court on the summary judgment motion filed by Sixty-01 Association of Apartment Owners ("Association"). The Court has reviewed and considered the summary judgment motion, all evidence submitted in support of and in opposition to the summary judgment motion and the records and files in this adversary proceeding. Specifically, the Court

considered the pleadings and evidence appearing at Docket Nos. 1, 4, 11, 12, 13, 14 and 15. The Court stated its reasons for granting the summary judgment motion on the record at the conclusion of the hearing on the summary judgment motion on August 19, 2015 as contemplated by Federal Rule of Bankruptcy Procedure 7056 and Federal Rule of Civil Procedure 56(a). Now, therefore, it is hereby ORDERED that:

1. The Association's summary judgment motion is granted.

2. The discharge granted to Penny D. Goudelock in her Chapter 13 bankruptcy case (Bankruptcy No. 11-12725) does not discharge her from assessments owed to the Association that accrued between March 11, 2011 and February 26, 2015 in connection with the condominium located at 13954 NE 60th Way, No. 101, Redmond, Washington.

/// End of Order ///