UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Penny D. Goudelock,<br><br><br>       Debtors.<br><br>Sixty-01 Association of Apartment Owners,<br><br>       Plaintiffs,<br><br>v.<br><br>Penny D. Goudelock,<br><br>       Defendant. | District Court Case No. 2:15-cv-01413-MP<br><br>BK Internal Appeal No: APE#15-S016<br><br>BK Adversary No. 15-01093<br><br>BK Case No. 11-12725-TWD<br><br><br>Chapter 13<br><br>REQUEST FOR TRANSCRIPT |

  COMES NOW, Penny D. Goudelock, the defendant herein, pursuant to Federal Rule of Bankruptcy Procedure 8006, and request a transcript of the August 19, 2015 hearing on the Plaintiff's Motion for Summary Judgment, said transcript to include the entire hearing, including the arguments and representations of counsel, and the Court's ruling. This request has been delivered to:

Ahearn & Associates, Inc.
24138 SE 261st Pl
Maple Valley, WA 98038
ahearnandassoc@comcast.net
Tel# (425) 433-8064

REQUEST OF TRANSCRIPT - 1

HENRY, DeGRAAFF & McCORMICK, P.S.
1833 N 105TH ST, STE 203
SEATTLE, WASHINGTON 98133
telephone (206) 330-0595

Dated this 9th day of September 2015.  Henry, DeGraaff & McCormick, PS

By: */s/ Christina L Henry*
Christina L Henry, WSBA#31273
1833 N 105th St, Ste 203
Seattle, WA 98133
Tel# 206-330-0595

REQUEST OF TRANSCRIPT - 2

**HENRY, DEGRAAFF & MCCORMICK, P.S.**
1833 N 105TH ST, STE 203
SEATTLE, WASHINGTON 98133
telephone (206) 330-0595