Entered on Docket October 16, 2018

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: <br><br> PENNY D. GOUDELOCK, <br><br> Debtor. | Bankruptcy No. 11-12725-TWD |
| SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, <br><br> Plaintiff, <br><br> v. <br><br> PENNY D. GOUDELOCK, <br><br> Defendant. | Adversary No. 15-01093-TWD <br><br> **ORDER: (1) VACATING ORDER GRANTING SUMMARY JUDGMENT TO PLAINTIFF AND (2) GRANTING JUDGMENT IN FAVOR OF DEFENDANT** |

THIS MATTER came before the Court on the Court's order to show cause [Docket No. 33] ("OSC"). No one filed a response to the OSC. The Court has reviewed and considered the OSC and the records and files in this adversary proceeding. Now, therefore, it is hereby ORDERED that:

1. The summary judgment order [Docket No. 17] is vacated.

ORDER: (1) VACATING ORDER GRANTING SUMMARY JUDGMENT TO PLAINTIFF AND (2) GRANTING JUDGMENT IN FAVOR OF DEFENDANT - 1

2. The discharge granted to Penny D. Goudelock in her Chapter 13 bankruptcy case (Bankruptcy No. 11-12725) discharged her personal liability for all assessments owed to Sixty-01 Association of Apartment Owners that accrued between March 11, 2011 and February 26, 2015 in connection with the condominium located at 13954 NE 60th Way, No. 101, Redmond, Washington.

/// End of Order ///